UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LATHAM ORTHOPEDICS MEDICAL GROUP, et al., | ) ) ) | NO. EDCV 10-1012-DSF (MAN) |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| UNITED STATES OF AMERICA-CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Dismissing Case As Duplicative,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

11/2/10
DATED: _____.

*Dale S. Fischer* (signature)

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE